IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Randy J. Africano,

Plaintiff,

v.

Atrium Medical Corporation,

Defendant.

Case No. 17-cv-07238
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Atrium Medical Corporation
and against plaintiff Randy J. Africano.
Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☐ decided by Judge Mary M. Rowland on a motion

Date: 10/19/2021

Thomas G. Bruton, Clerk of Court

Dawn A. Moreno, Deputy Clerk